UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No.: CR-09-015-EFS-30 |
| ) | |
| ) | ORDER GRANTING UNOPPOSED |
| ) | MOTION TO AMEND CONDITIONS |
| vs. ) | OF RELEASE |
| LUKE E. YODER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The court, having reviewed defendant's Motion to Amend Release Conditions to allow travel to Snohomish County and having received no objection to the motion from Pretrial Services or from the United States Attorney, finds that good cause exists to grant the motion.

Accordingly, IT IS ORDERED:

Defendant's conditions of release are amended to allow travel to and from Snohomish County, Washington, between the dates of March 4, 2010 and March 7, 2010. Defendant shall provide Pretrial Services advance notice of his destination in Snohomish County and contact information while outside the Eastern District of Washington. Defendant shall also contact Pretrial Services upon his return to the Eastern District and shall follow any instructions from Pretrial Services with respect to such travel outside the District. All other conditions of release

ORDER MODIFYING RELEASE CONDITIONS - 1 -

Case 2:09-cr-00015-WFN    Document 1663    Filed 03/02/10

1 previously imposed by the court shall remain in effect to the extent such conditions are not
2 inconsistent with this Order.
3    Dated this 2nd day of March, 2010

   s/ CYNTHIA IMROGNO
   UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING RELEASE CONDITIONS - 2 -