UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-015-EFS-30 |
| Plaintiff, | ) | |
| | ) | ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | ) | |
| LUKE E. YODER, | ) | ☑ MOTION DENIED (Ct. Rec.1792) |
| Defendant. | ) | |

Date of hearing: April 14, 2010

The court conducted a hearing on defendant's second motion to modify conditions of release. The defendant agreed to this matter proceeding via video conference. Argument from counsel was heard.

Upon considering the material presented, argument of counsel and the recommendation of U.S. Probation, the Court **denied** defendant's motion to modify conditions of release and directed defendant to comply with the condition of intensive outpatient alcohol treatment.

**IT IS SO ORDERED:**

DATED April 14, 2010.

                    s/James P. Hutton
                    JAMES P. HUTTON
              UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE - 1