UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-09-015-EFS-30 |
| Plaintiff, ) | |
| ) | ORDER GRANTING MOTION TO |
| v. ) | MODIFY CONDITIONS OF RELEASE |
| ) | (CT. REC. 2112) |
| LUKE YODER, ) | |
| Defendant. ) | |

At the July 16, 2010, hearing, on Defendant's Motion to Amend Conditions of Release (Ct. Rec. 2112) to allow travel to Hat Island, in Snohomish County, Washington, and to Marrysville, Washington, Defendant appeared with counsel Richard D. Wall. Assistant U.S. Attorney Russell Smoot represented the United States. Although the United States did not object to the travel, Mr. Smoot expressed concerned over the request. Mr. Yoder was reminded of the requirement of condition of release No. 14, Ct. Rec. 1578 at 3, which provides that he "shall remain in the Eastern District of Washington . . . . On a showing of necessity, and with prior notice by the defense to the assigned Assistant U.S. Attorney, the Defendant may obtain prior written permission to temporarily leave the area from the United States Probation Office."

**IT IS ORDERED** Defendant's Motion **(Ct. Rec. 2112)** is **GRANTED.** Defendant may travel to Hat Island, in Snohomish County, Washington, and to Marrysville, Washington, from July 16 through July 18, 2010.

Defendant shall provide Pretrial Services advance notice of his contact information while outside of the Eastern District of

ORDER GRANTING MOTION TO MODIFY - 1

Washington.  Defendant shall also contact Pretrial Services upon his return to the Eastern District of Washington, and shall follow any instructions from Pretrial Services with respect to such travel outside the District.  All other conditions of release previously imposed by the court shall remain in effect, to the extent such conditions are not inconsistent with this Order.

DATED July 16, 2010.

                S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY - 2