```
 1
 2
 3
 4
 5
                    UNITED STATES DISTRICT COURT
 6                 EASTERN DISTRICT OF WASHINGTON

 7  UNITED STATES OF AMERICA,    )
                                 )   CR-09-015-EFS-30
 8              Plaintiff,       )
                                 )
 9  v.                           )   ORDER GRANTING
                                 )   MOTION TO TRAVEL
10  LUKE E. YODER,               )
                                 )
11              Defendant.       )
                                 )
12
```

Defendant's motion to travel to Harrison, Idaho for a wedding is GRANTED, provided, however, defendant provides all travel and contact information requested by Officer Sauther to her before the close of business Thursday, August 12, 2010. Defendant shall attend the wedding in Harrison, Idaho, on Saturday, August 14, 2010 returning to Spokane on Sunday, August 15, 2010. All other conditions of release remain.

IT IS SO ORDERED.

DATED August 11, 2010.

                    s/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER - 1