1

2

3

4
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

5
UNITED STATES OF AMERICA,        )
6                                )    CR-09-015-EFS-30
                    Plaintiff,   )
7                                )    ORDER GRANTING MOTION TO
     v.                          )    MODIFY CONDITIONS OF RELEASE
8                                )    (CT. REC. 2241)
     LUKE YODER,                 )
9                                )
                    Defendant.   )
10 ──────────────────────────────)

11       At the August 31, 2010 hearing, on Defendant's Motion to Amend

12  Conditions of Release (Ct. Rec. 2241) to allow travel to Hat Island,

13  in Snohomish County, Washington, for employment purposes, Defendant

14  appeared with counsel Richard D. Wall. Assistant U.S. Attorney Pam

15  Byerly represented the United States.

16       **IT IS ORDERED** Defendant's Motion **(Ct. Rec. 2241)** is **GRANTED.**

17  Defendant may travel to Hat Island, in Snohomish County, Washington,

18  from September 3, 2010 through September 6, 2010 for purposes of

19  employment.

20       Defendant shall provide Pretrial Services advance notice of his

21  contact information while outside of the Eastern District of

22  Washington, and shall provide copies of his pay stubs from the

23  roofing work performed.  Defendant shall also contact Pretrial

24  Services upon his return to the Eastern District of Washington, and

25  shall follow any instructions from Pretrial Services with respect to

26  such travel outside the District.

27       In addition, Defendant's curfew may be expanded to permit

28  additional employment as requested through Mr. Yoder's motion,

ORDER GRANTING MOTION TO MODIFY - 1

within the discretion of Officer Sauther, provided however, Mr.
Yoder shall timely supply pay stubs to Officer Sauther.  All other
conditions of release previously imposed by the court shall remain
in effect, to the extent such conditions are not inconsistent with
this Order.

      DATED August 31, 2010.

                         S/ CYNTHIA IMBROGNO
                   UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY - 2