UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:  CR-09-015-EFS-30 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION TO |
| | ) | MODIFY CONDITIONS OF |
| vs. | ) | RELEASE |
| LUKE E. YODER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Defendant Luke Yoder has moved for an order amending his conditions of release (Ct. Rec 2466) to allow travel to Hat Island, Snohomish County, Washington. Counsel for Mr. Yoder represents that the Assistant United States Attorney, Russell Smoot, takes no position and has deferred judgment to the court.

**IT IS ORDERED** Defendant's Motion (Ct. Rec. 2466) is **GRANTED**. Defendant may travel to Hat Island, Snohomish County, Washington, from October 23, 2010, through October 25, 2010.

Defendant shall provide Pretrial Services advance notice of his contact information while outside the Eastern District of Washington and shall contact

ORDER - 1 -

Pretrial Services upon his return to the Eastern District.  Defendant shall also follow any instructions from Pretrial Services with respect to such travel outside the Eastern District.

      DATED October 22, 2010.

<u>S/ CYNTHIA IMBROGNO</u>
UNITED STATES MAGISTRAE JUDGE
