UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.:  CR-09-015-EFS-30 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION TO |
| | ) | MODIFY CONDITIONS OF |
| vs. | ) | RELEASE |
| LUKE E. YODER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Defendant Luke Yoder moved for an order amending his conditions of release (Ct. Rec 2241) to allow travel to Hat Island, Snohomish County, Washington.  The motion was heard in open court on December 7, 2010.  The United States took no position on the Motion.

**IT IS ORDERED** Defendant's Motion (**Ct. Rec.2549**) is **GRANTED.** Defendant is permitted to travel to Hat Island, Snohomish County, Washington, from December 10, 2010, and return to Spokane County on December 12, 2010.

Defendant shall provide Pretrial Services advance notice of his contact information while outside the Eastern District of Washington and shall contact

Pretrial Services upon his return to the Eastern District. Defendant shall also follow any instructions from Pretrial Services with respect to such travel outside the Eastern District. All other conditions of release shall remain.

DATED December 7, 2010.


S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE